209 F.2d 263
 PACIFIC FINANCE CORPORATION
v.
Vern COGGLE.
 No. 4748.
 United States Court of Appeals, Tenth Circuit.
 December 7, 1953.
 
 Appeal from the United States District Court for the District of Utah.
 Louis H. Callister, E. R. Callister, Jr., and Nathan J. Fullmer, Salt Lake City, Utah, for appellant.
 Glen S. Hatch, Salt Lake City, Utah, for appellee.
 Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation.